**NOT FOR PUBLICATION**

JAN 16 2013

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PORNCHA SUVANASARN, | No. 05-76675 |
| Petitioner, | Agency No. A022-450-982 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 15, 2013[**]

Before:    SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Porncha Suvanasarn, a native and citizen of Thailand, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Ramirez-Villalpando v. Holder*, 645 F.3d 1035, 1038 (9th Cir. 2011), and we deny the petition for review.

The agency correctly determined that Suvanasarn's conviction for grand theft under California Penal Code § 487(a) constitutes an aggravated felony theft offense because the record of conviction establishes that Suvanasarn pled guilty to grand theft of personal property. *See id.* at 1040-41 (using an abstract of judgment in combination with the charging document to establish that a conviction was for a removable offense).

Suvanasarn's contention that his conviction cannot constitute an aggravated felony theft offense because he may have been convicted as an aider and abettor is foreclosed by *Gonzales v. Duenas-Alvarez,* 549 U.S. 183, 185 (2007) (a theft offense under 8 U.S.C. § 1101(a)(43)(G) for which an alien may be removed includes the crime of aiding and abetting a theft offense).

**PETITION FOR REVIEW DENIED.**

05-76675